1  ALAN J. GORDEE, SBN 131907
   GORDEE, NOWICKI & AUGUSTINI LLP
2  8105 Irvine Center Drive, Suite 870
   Irvine, California 92618
3  Telephone: (949) 567-9923
   Facsimile:  (949) 567-9928
4  agordee@gna-law.com

5
   Attorneys for Defendant PK I CABLE PARK, LP,
6  a California limited partnership

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 MICHAEL MCCUNE,                        Case No.: 2:14-cv-00163-WBS (CKD)

12            Plaintiff,                   [~~PROPOSED~~] ORDER RE
                                           STIPULATION TO CONTINUE
13 vs.                                     PRETRIAL SCHEDULING
                                           CONFERENCE
14 D. G. Smith Enterprises, INC. dba TACO
   BELL #004879;  PK I CABLE PARK,         Hearing:
15 LP,                                     Date: May 12, 2014
                                           Time: 2:00 p.m.
16                                         Ctrm: 5

17            Defendants.

18                                         Action Filed:     January 22, 2014
                                           Trial Date:       None Set
19

20

21

22

23

24

25

26

27

28

Gordee,
Nowicki &
Augustini LLP

## ORDER

Having considered the Stipulation to Continue Pretrial Scheduling Conference:

IT IS HEREBY ORDERED, that the Status Conference shall be continued from May 12, 2014 at 2:00 p.m. in Courtroom 5 to June 9, 2014 at 2:00 p.m. in Courtroom 5.  A Joint Status Report shall be filed no later than May 27, 2014.

Dated:  April 22, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

ALAN J. GORDEE
GORDEE, NOWICKI & AUGUSTINI LLP

By: /s/ ALAN J. GORDEE

ALAN J. GORDEE

Attorneys for Defendant PK I CABLE PARK, LP

**[PROPOSED] ORDER RE STIPULATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE**

1  **CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that all counsel of record who have consented

3  to electronic service were served with a copy of the following document via the

4  Central District of California CM/ECF system on April 22, 2014:

5  **[PROPOSED] ORDER TO CONTINUE THE SCHEDULING CONFERENCE**

6  **BECAUSE OF COUNSEL'S UNAVAILABILITY**

7

8          /s/ ALAN J. GORDEE

9          Attorneys for Defendant PK I CABLE

10          PARK, LP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordee,
Nowicki &
Augustini LLP

**[PROPOSED] ORDER RE STIPULATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE**