SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

ALAN J. GORDEE, SBN 131907
GORDEE, NOWICKI & AUGUSTINI LLP
8105 Irvine Center Drive, Suite 870
Irvine, CA 92618
Telephone: (949) 567-9923
Facsimile: (949) 567-9928
Email: agordee@gna-law.com

Attorneys for Defendant
PK I CABLE PARK, LP

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael McCune, | Case No. 2:14-cv-00163-WBS-CKD |
| Plaintiff, | **Joint Stipulation for Dismissal and [Proposed] Order Thereon** |
| vs. | |
| D. G. Smith Enterprises, Inc. dba Taco Bell #004879; PK I Cable Park, LP, | |
| Defendants. _____/ | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Michael McCune, and defendant PK I Cable Park, LP, stipulate to and jointly request that this Court enter a dismissal without prejudice of this entire action pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 25, 2014              DISABLED ADVOCACY GROUP, APLC

                                 /s/   Scottlynn J Hubbard
                                Scottlynn J Hubbard IV
                                Attorney for Plaintiff

Dated: April 25, 2014              GORDEE, NOWICKI & AUGUSTINI LLP

                                 /s/   Alan J. Gordee
                                Alan J. Gordee
                                Attorney for Defendant PK I Cable Park, LP

## **ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation, this action, USDC Case No. 2:14-cv-00163-WBS-CKD, is dismissed without prejudice in its entirety.

Dated: April 25, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE